# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JARVIS JERNIGAN,

    Plaintiff,

v.                                            No. 2:19-cv-02787-MSN-dkv

MEMPHIS FOODS, LLC,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed November 14, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal With Prejudice (ECF No. 31), filed May 22, 2020, this matter is hereby **DISMISSED WITH PREJUDICE**, without fees or costs to any party against any other.

**APPROVED:**
*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 26, 2020
Date

HAVE SEEN AND AGREED TO:

<u>Andrew Bizer (with permission by PJD)</u>
Bryce Ashby
Donati Law
1415 Union Avenue
Memphis, TN  38104
901-209-5500
bryce@donatilaw.com
*Counsel for the Plaintiff*

and

Andrew Bizer
Garret S. DeReus
Bizer & Dereus, LLC
3319 St. Claude Ave.
New Orleans, LA  70117
504-619-9999
504-948-9996
andrew@bizerlaw.com
gdereus@bizerlaw.com
*Counsel for the Plaintiff*


<u>/s/ *Pablo J. Davis*</u>
Pablo J. Davis
Tenn. BPR #035981
Ohio Bar #0099282
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH  45202
Telephone (513) 977-8200
Fax (513) 977-8141
pablo.davis@dinsmore.com
*Counsel for Defendants*

2